# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

BRUCE ALLEN CARR                                                                                        PLAINTIFF

V.                                      NO. 2:11CV00008 JLH/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                                DEFENDANT

## ORDER

Plaintiff's Unopposed Motion for Extension of Time (docket entry #9) is GRANTED. Plaintiff's Appeal Brief is due **on or before August 3, 2011.**

IT IS SO ORDERED this 12th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE