**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

BRUCE ALLEN CARR                                                                                    PLAINTIFF

v.                                         No. 2:11CV00008 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that the complaint of Bruce Allen Carr is dismissed with prejudice.

IT IS SO ORDERED this 8th day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE